### 13183.   MIDDLETON *v.* THE STATE.

LUKE, J.   The defendant was convicted of the offense of simple larceny. His sole assignment of error is upon the ground that the evidence was not sufficient to authorize the conviction.   There was evidence to authorize the defendant's conviction, the verdict has the approval of the trial judge, and it was not error to overrule the motion for a new trial.
    *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED MARCH 7, 1922.

Indictment for larceny of cow; from Long superior court — Judge Sheppard.   November 12, 1921.

*Darsey & Mills,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.